# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHEEX, INC., <br><br> Plaintiff, <br> v. <br><br> BEDGEAR, LLC, <br><br> Defendant. | C.A. No. 14-1380-LPS |

## STIPULATION AND ORDER TO STAY

WHEREAS on December 16, 2016 this Court entered an order staying this case pending the parties' settlement discussions;

WHEREAS the parties' agreed to meet and confer after 30 days to discuss any necessary adjustments to the schedule in light of a stay;

WHEREAS the parties continue to pursue settlement;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Sheex, Inc., and Defendant Bedgear, LLC, through their undersigned counsel and subject to the approval of the Court, that:

1. This matter shall remain stayed for the parties to continue to pursue settlement discussions. If, after 14 days, the parties have not agreed to settle, the parties agree to meet and confer again to discuss the necessary adjustments to the schedule in light of this stay.

| | |
|---|---|
| FISH & RICHARDSON P.C. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Joseph B. Warden <br> Douglas E. McCann (No. 3852) <br> Joseph B. Warden (No. 5401) <br> 222 Delaware Ave., 17th Floor <br> Wilmington, DE 19801 | /s/ Anne Shea Gaza <br> Anne Shea Gaza (No. 4093) <br> James L. Higgins (No. 5021) <br> Rodney Square <br> 1000 North King Street |

| | |
|---|---|
| dmccann@fr.com<br>cgsmith@fr.com<br><br>Katherine Kelly Lutton<br>Betty H. Chen<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>lutton@fr.com<br>bchen@fr.com<br><br>*Attorneys for Plaintiff SHEEX, Inc.* | Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>jhiggins@ycst.com<br><br>Joseph J. Richetti<br>Alexander Walden<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>(212) 541-2000<br>joseph.richetti@bryancave.com<br>alexander.walden@bryancave.com<br><br>*Attorneys for Defendant Bedgear, LLC* |

IT IS SO ORDERED, this ____ day of _____, 2016.


                                                                                       _____
                                                                                           Chief Judge Leonard P. Stark